FILED

NOV 28 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JASON IBEY, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>TACO BELL CORP.,<br><br>        Defendant - Appellee. | No. 12-56482<br><br>D.C. No. 3:12-cv-00583-H-WVG<br>Southern District of California,<br>San Diego<br><br>ORDER |

The parties' joint motion for voluntary dismissal of this appeal under Federal Rule of Appellate Procedure 42(b) is granted. A copy of this order shall act as and for the mandate of this court. Costs shall be allocated pursuant to the stipulation.

                        For the Court:
                        MOLLY C. DWYER
                        Clerk of the Court


                        Alihandra M. Totor
                        Deputy Clerk
                        Ninth Circuit Rules 27-7 and 27 10

amt/Pro Mo 28Nov2012